IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2:16-cv-2611-GHW |
|---|---|
| GARY GORSKI, | |
| Debtor. | |
| COUNTY OF SACRAMENTO, Plaintiff, | **ORDER** |
| v. | |
| GARY GORSKI, *et al.,* Defendants. | |

The United States' Motion for Summary Judgment (ECF No. 19) is hereby GRANTED.

IT IS ADJUDGED AND DECREED THAT:

A. The United States has valid tax liens against all of Gary Gorski's property and rights to property;

B. Gary Gorski is entitled to $98,725.50 in attorney's fees awarded to Robert Hunter in *Hunter et al., v. County of Sacramento*, Case No. 2:06-cv-00457-GEB-AC in the District Court for the Eastern District of California;

C. The United States' tax liens attach to Gary Gorski's entire interest in the attorney's fees awarded to Robert Hunter in *Hunter et al., v. County of Sacramento*.

THEREFORE, IT IS ORDERED THAT the Clerk of the Bankruptcy Court for the Eastern District of California shall pay $98,725.50 currently in the Bankruptcy Court's registry in connection with the Adversary Proceeding No. 14-2016 for application toward the unpaid Federal income tax liabilities of Gary Gorski. The payment shall be made without reduction of any registry fees.[1] The check shall be made payable to the United States Department of Justice and sent to:

>William Thompson
>Office of Review
>Dept. of Justice, Tax Division
>P.O. Box 310
>Washington, DC 20044

IT IS FURTHER ORDERED THAT the District Court Clerk shall enter judgment accordingly and close this case.

Dated: May 17, 2017

GEORGE H. WU
United States District Judge

Submitted by:

DAVID A. HUBBERT
Acting Assistant Attorney General

BORIS KUKSO
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

---

[1] "In cases where the United States Government is a party to the action underlying the registry investment, the funds initially withheld in payment of the [registry] fee may be restored to the United States upon application filed with the court by… government counsel." 56 Fed. Reg. 56356-01, 1991 WL 222299.

*Of Counsel:*
Phillip A. Talbert
United States Attorney

*Attorneys for the United States of America*